# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DWAYNE DAVIS and JEDA AUSTIN, Individually**,<br><br>　　Plaintiffs,<br><br>v.<br><br>**ESSEX COUNTY,**<br><br>　　Defendant. | Civil Action No 2:14-cv-01122-CCC-JBC<br><br>**NOTICE OF FILING PLAINTIFF'S CONSENT TO JOIN** |

　　Plaintiff, WILLIE LINDSAY., by and through the undersigned counsel, hereby provides notice of filing Plaintiff's Consent to Join.

Dated:  June 12, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Andrew I. Glenn
　　　　　　　　　　　　　　　　　　　　Andrew I. Glenn
　　　　　　　　　　　　　　　　　　　　E-mail: AGlenn@JaffeGlenn.com
　　　　　　　　　　　　　　　　　　　　New Jersey Bar No.: 026491992
　　　　　　　　　　　　　　　　　　　　Jodi J. Jaffe
　　　　　　　　　　　　　　　　　　　　E-mail: JJaffe@JaffeGlenn.com
　　　　　　　　　　　　　　　　　　　　New Jersey Bar No.: 022351993
　　　　　　　　　　　　　　　　　　　　**JAFFE GLENN LAW GROUP, P.A.**
　　　　　　　　　　　　　　　　　　　　Lawrence Office Park
　　　　　　　　　　　　　　　　　　　　168 Franklin Corner Road
　　　　　　　　　　　　　　　　　　　　Building 2, Suite 220
　　　　　　　　　　　　　　　　　　　　Lawrenceville, NJ 08648
　　　　　　　　　　　　　　　　　　　　Telephone: (201) 687-9977
　　　　　　　　　　　　　　　　　　　　Facsimile: (201) 595-0308
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Andrew I. Glenn
Andrew I. Glenn, Esquire.

## SERVICE LIST.

Courtney M. Gaccione
Email: cgaccione@counsel.essexcountynj.org
**Essex County Counsel**
Hall of Records-Room 535
465 MLK Boulevard
Newark, NJ 07102
Telephone: (973) 621-2703
*Attorney for Defendant*